**Richardson & Galella, LLC**
142 Emerson St.
Woodbury, NJ 08096
Tel: 856-579-7045, Fax: 856-579-7051
www.employmentlaw-nj.com
Attorneys for Defendants Borough of Clayton, Borough of Clayton Police Department, Sgt. Mark Konnick and Officer Michael Foley

| | |
|---|---|
| PASTOR RICHARD BEATTY, PASTOR LEOLA BEATTY, HARRY HAMPTON, and CITY HARVEST WORLD OUTREACH CHURCH, <br>            Plaintiffs. <br><br> v. <br><br> COUNTY OF GLOUCESTER; GLOUCESTER COUNTY SHERIFF'S DEPARTMENT; TOWNSHIP OF ELK; ELK TOWNSHIP POLICE DEPARTMENT; CLAYTON BOROUGH POLICE DEPARTMENT; BOROUGH OF CLAYTON WILLIAM J. RAINEY, JR., individually and in his official capacity as the former Mayor Elk Township; STEPHEN B. BROGAN, individually and in his official capacity as Chief of the Elk Township Police Department; WALTER P. GARRISON, II, individually and in his official capacity as Lt. in the Elk Township Police Department; LANCE HITZELBERGER, individually and in his official capacity as Cpl. in the Elk Township Police Department VICTOR MOLINARI, individually and in his official capacity as Cpl. in the Elk Township Poilkce Department; JOSEPH PIERSON, individually and in his official capacity as Ptl. in the Elk Township Police Department; KEVIN PRZYBYSZESKI; individually and in his official capacity as Ptl. in the Elk Township Police Department; Officer FOLEY, individually and in his official capacity as Ptl. in the Elk Township Police Dept.; MARK KONNICK, individually and in his official capacity as Ptl. in the Elk Township Police Department; and JOHN DOE 1-9, individually and in their official capacity, <br>            Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE <br> CIVIL NO. : 08CV2235 <br><br> Civil Action <br><br><br><br> **VOLUNTARILY STIPULATION OF DISMISSAL AS TO DEFENDANTS SGT. MARK KONNICK AND OFFICER MICHAEL FOLEY** |

1

It is hereby stipulated and agreed between Jonathan H. Lomurro, Esq., attorney for plaintiffs Pastor Richard Beatty, Pastor Leola Beatty and Harry Hampton and Linda A. Galella, Esq., attorney for Defendants Sgt. Mark Konnick and Officer Michael Foley that the above captioned matter is voluntarily dismissed between the plaintiffs Pastor Richard Beatty, Pastor Leola Beatty and Harry Hampton as to Defendants Sgt. Mark Konnick and Officer Michael only.  This matter is hereby voluntarily dismissed.

| Jonthan H. Lomurro. Esq.<br>*Attorney for Plaintiffs* Pastor Richard Beatty, Pastor Leola Beatty, Harry Hampton | Linda A. Galella, Esq.<br>*Attorney for Defendants* Defendants Borough of *Clayton,* Borough *of Clayton Police Department,* Sgt. *Mark Konnick and Officer Michael Foley* |
|---|---|
| [signature] | [signature] |
| Date: | Date: 10-8-10 |